UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSAR ELMUHAMMAD,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br><br>    Defendant. | Case No. 19-cv-04588-JCS<br><br>**ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED**<br><br>Re: Dkt. No. 12 |

Defendant Andrew Saul, Commissioner of Social Security (the "Commissioner") was served with Plaintiff Ansar Elmuhammad's complaint on September 17, 2019. *See* Notice of Acknowledgment of Receipt (dkt. 11). Civil Local Rule 16-5 required the Commissioner to file his answer and a copy of the administrative record no later than December 16, 2019, ninety days after service of the complaint.

On December 17, 2019, the Commissioner filed his answer, but stated therein that "[i]n accordance with . . . 42 U.S.C. § 405(g), [the Commissioner] will *subsequent to* this answer a certified copy of the transcript of record." Answer (dkt. 12) Affirmative Defenses ¶ 1 (emphasis added). That statute in fact requires that "*[a]s part of the Commissioner's answer* the Commissioner of Social Security shall file a certified copy of the transcript of the record." 42 U.S.C. § 405(g) (emphasis added). The statute does not contemplate or permit filing the administrative record separately at an unspecified later date. To date, the Commissioner has not filed the administrative record.

The Commissioner is therefore ORDERED TO SHOW CAUSE why default should not be entered for failure to file the administrative record as required by 42 U.S.C. § 405(g) and Civil Local Rule 16-5, by filing a response to this order no later than December 27, 2019. If the Commissioner files the administrative record by that date, this order to show cause will be

vacated.

Going forward, if the Commissioner is unable to meet deadlines set by applicable statutes or rules, he is instructed in the first instance to seek a stipulation from opposing counsel, or if a stipulation cannot be obtained, to seek relief from the Court before the deadline has expired.

**IT IS SO ORDERED.**

Dated: December 19, 2019

JOSEPH C. SPERO
Chief Magistrate Judge