United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANSAR ELMUHAMMAD,
    Plaintiff,

v.

ANDREW SAUL,
    Defendant.

Case No. 19-cv-04588-JCS

**ORDER TO SHOW CAUSE**

This case was filed on August 7, 2019. The Court has granted three requests to extend time for Plaintiff to file a motion for summary judgment. The deadline for Plaintiff to file a motion for summary judgment under the most recent stipulated order was June 13, 2020. That deadline has now passed and Plaintiff has not filed his motion for summary judgment or a request for an extension of that deadline. Accordingly, Plaintiff is Ordered to Show Cause why this action should not be dismissed for failure to prosecute. Plaintiff shall file a response to this Order to Show Cause by July 3, 2020. Alternatively, Plaintiff may file his motion for summary judgment by that date in lieu of a response.

**IT IS SO ORDERED.**

Dated: June 22, 2020

JOSEPH C. SPERO
Chief Magistrate Judge